```
                UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF KENTUCKY
                        LEXINGTON DIVISION
                       CASE NO. 14-51079
```

IN RE:    JAMES DOUGLAS MAYSE AND
          RHONDA LYNN MAYSE
          DEBTORS

## AFFIDAVIT OF COUNSEL

Comes now the affiant, David G. Perdue, and being first duly sworn deposes and states as follows:

1. He is the attorney of record for the above referenced debtors.

2. This case was EM/ECF uploaded and filed on 30 April 2014.

3. Due to a clerical error one of the debtor's names was incorrectly loaded into the EM/ECF system, the incorrect name was shown as **James Douglas Mayes.**

4. The true and correct name of the debtor (and as is shown on the petition) is **James Douglas Mayse**.

Further the affiant sayeth naught.

                                                 /s/ David G. Perdue
                                               **Hon. David G. Perdue**
                                               **PERDUE LAW OFFICES**
                                               62 South Main Street
                                               Winchester, KY 40391
                                               (859) 745-1942
                                               (859) 745-1969 (Fax)
                                               Attorney for Debtors

Commonwealth of Kentucky}
                        }
County of Clark         }

    Subscribed and sworn to me by David G. Perdue this 5th day of May 2014.

    My Commission Expires: 15 August 2016.


                                     /s/ Patricia F. Perdue #471744

                                    Notary Public State at Large


**CERTIFICATE OF SERVICE**

    This is to certify that a true and accurate photocopy of the foregoing was served by depositing same in the U.S. mail, postage prepaid and addressed to or served electronically via CM/ECF from the U.S. Bankruptcy Court to:

U.S. Trustee
100 East Vine Street, Suite 500
Lexington, KY 40507

Hon. Beverly Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY 40588-2204

James D. Mayse
Rhonda L. Mayse
1884 Mullins Point Road
Campton, KY 41301
Debtors

and all creditors this 5th day of May 2014.


                                     /s/ David G. Perdue
                                    **Hon. David G. Perdue**